RECEIVED
SEP 28 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE: PAUL J. MORETTI, SR. MISC. No. 05-115-T

**ORDER**

In light of the circumstances outlined in the attached letter and petition from Mr. Moretti and the representations contained in that letter and petition, the rule requiring that an attorney be a member of the bar of this Court in order to practice in this Court (currently Local Rule 5(b)) is hereby waived, temporarily, in order to permit Mr. Moretti to practice in this Court as though he were a member of the bar of this Court.

Such waiver is subject to the following conditions and limitations:

1. Mr. Moretti must attend all sessions of the bar review course conducted by the Board of Bar Examiners scheduled for January 9, 11, 12, 17 and 19, 2006, and must take and pass the examination scheduled for January 28, 2006.

2. Mr. Moretti must take the Rhode Island state bar examination at the earliest opportunity afforded to him and must pass it. Thereafter, Mr. Moretti must promptly become a member of the bar of the Supreme Court of Rhode Island.

3. Mr. Moretti must meet all other requirements for practicing before this Court and shall be subject to all obligations of attorneys who are members of the bar of this Court and/or practice before this Court.

If any of the foregoing conditions is not satisfied or if any of the representations made in the attached letter and petition are found to be incorrect, this waiver, thereupon, shall terminate forthwith without a hearing.

By Order

Paulette Dube
Chief Deputy Clerk

ENTER:

Ernest C. Torres
Ernest C. Torres
Chief Judge
Date: Sept. 27, 2005