**PAUL JOSEPH MORETTI SR.**
**331 Jastram St.**
**Providence, Rhode Island 02908**
**401-421-9113 (Home)**
**504-234-4993 (Cell)**
**pjmoretti@cox.net**

September 22, 2005

Ms. Paulette Dube
Chief Deputy
U.S. District Court
One Exchange Terrace
Providence, Rhode Island 02908

Dear Ms. Dube,

I am writing this letter to explain the circumstances surrounding my request for admission to the USDC of RI without examination even though I have not practiced for 5 or more years. On September 20, 2005 I spoke to Chief Justice Torres who told me to submit the request given the unusual circumstances surrounding my recent forced move to Rhode Island. I was admitted to the Louisiana bar in February 2005 and have been practicing law at the firm of Frilot, Partridge, Kohnke, and Clements in New Orleans. I practiced labor and employment defense primarily in the various federal courts throughout the country and many of the state courts outside of Louisiana since our clients were all national corporations and did not have any lawsuits in Louisiana.

I took the MPRE in November 2004 and received a score of 122. I passed the Louisiana bar in February 2005. I am currently a member in good standing of the Louisiana bar, and all of the federal bars in Louisiana, with the Eastern District of Louisiana being my home district. I graduated cum laude from Loyola University School of Law in New Orleans ranked 1 in my class and 10th overall and am a Crowe Scholar.

Unfortunately, the events of August 29, 2005 pretty much destroyed my not only my personal life, but my career. As you are aware, Hurricane Katrina ravaged New Orleans, taking with it my home and my job. My former home, in St. Bernard Parish, Louisiana, will be bulldozed shortly because it was submerged in 12 feet of water for over 13 days and I have lost everything I owned. To make matters worse, there was an oil leak near my home as well as a benzene leak that will prohibit my return to the area for several years to come, since the land is now toxic. Therefore, I am forced to move here to Rhode Island where I was born and still have numerous family members. I have two children that I needed to enroll in school because the New Orleans area schools may be closed for up to a year and I did not want to hinder their education. This move has now made it almost impossible for me to maintain a legal career in Louisiana since my children have suffered enough trauma from their forced relocation and I do not want to uproot them again in another year. However, this now means that I must attempt to find work in the Rhode Island area so that I can support my family and recover from the

losses I have suffered, which I really cannot do without being a member of the bar in either state.

Although all of my copies documents have been destroyed (except for my Bar card), the Louisiana Supreme Court has relocated to Baton Rouge along with the Eastern District of LA, and my status can be verified through there. The Supreme Court is closed until October 1, 2005 and letters of good standing will be obtained shortly after they reopen. I have sent a check and a request to the Eastern District of LA to obtain letters of good standing from them. Loyola School of Law has not yet reopened for me to gain the appropriate documentation regarding my legal education other than the downloaded version of my transcript, which I can provide to you upon request.

I would hope this type of request would not cause any hard feelings or problems within the Court as I do not believe there are many attorneys seeking to relocate their families here from Louisiana. Unfortunately, the many firms in this state I have spoken to have all expressed concern over hiring me because I am not a member of the bar in this state and at least membership in the federal court would give me an avenue in which to practice.

Please contact me at your earliest convenience regarding my request at 401-421-9113. I thank you for taking the time to consider my request and pray that you find it in your hearts to grant me the waiver I am requesting.

Sincerely,

Paul J. Moretti Sr. (LA Bar # 29634)