2005

# PETITION FOR ADMISSION WITHOUT EXAMINATION

I, Paul Joseph Moretti Sr. hereby move for admission to the U.S. District Court for the Judicial District of Rhode Island without the requirement of taking an admission exam. In support of this petition, I submit the within application and affidavit.

[signature]
Petitioner

401-421-9113
Telephone

## INSTRUCTIONS TO THE APPLICANT

All statements are to be based on your own knowledge, unless the statement is expressly qualified to show the source of your information. Answer all questions and make your answers as specific as possible. If the space for any answer is insufficient, you may complete your answer on a separate attached sheet. Please attach a Certificate of Good Standing from the Supreme Court of Rhode Island and also include a Certificate of Good Standing from the U.S. District Court where you are a member.

## APPLICANT'S QUESTIONNAIRE AND AFFIDAVIT

1. State:

a. Full name PAUL JOSEPH MORETTI SR.

b. Have you ever been known by any other name or surname?
Yes or No (circle one) — [No circled]

c. Do you currently maintain an office for the practice of law in Rhode Island?
Yes or No (circle one) — [No circled]
If yes, state the name of the firm and office address:

______________________________
Firm Name

______________________________
Street Address

______________________________
City State and Zip Code

d. Present Mailing Address (if different from c):

331 JASTRAM ST
Street Address

PROVIDENCE RI 02908
City State and Zip Code

e. Date of Birth 1/8/1963 Birthplace Providence, RI
City and State

f. Are you a citizen of the United States?
(Yes) or No (circle one)

If claiming citizenship other than by birth in the United States, state the basis of such claim and exhibit proof. If naturalized, state the date and name and location of the Court with the number of Certificate and the Petition number.

2. Law Study:
a. Name of the law school from which you graduated:
Loyola University New Orleans School of Law

b. Degree and year granted: J.D. 2004

3. Legal Employment History:
State the name, address, duties, and period of each employment starting with the most recent:

Frilot, Partridge, Kohnke & Clements
3600 Energy Centre
1100 Poydras St.
New Orleans, LA 70163

4. Name all jurisdictions and courts in which you have been admitted to practice law. Give dates of admission to practice:

Supreme Ct of Louisiana 4/05 Western District of LA 5/05
Eastern District of LA 5/05
Middle District of LA 5/05

5. Describe your litigation experience in general, and include in particular, your experience trying cases in federal district courts:
SEE ATTACHED

6. Have you ever appeared *pro hac vice* in this Court?
   Yes or No (circle one)

   If yes, list the dates, case names and names of the presiding judges:

   ______________________________________________

   ______________________________________________

   ______________________________________________

7. Have you been disbarred, suspended from practice, reprimanded, censured or otherwise disciplined or disqualified as an attorney or a member of any profession or organization or holder of any office, public or private; or have any complaints or charges, formal or informal, ever been made or filed or proceedings instituted against you?
   Yes or No (circle one)
   If yes, state the dates, the facts, the disposition of each matter, and the name and address of the authority in possession of the record thereof.

8. Is there any other incident in your career having a bearing upon your character or fitness for admission to the bar?
   Yes or No (circle one)
   If yes, give full details.

9. Explain your reasons for seeking admission and the basis for seeking a waiver from the exam requirement.
   SEE ATTACHED

10. Have you read and are you familiar with the Local Rules of this District?
    Yes or No ( circle one)

I have read the foregoing application for admission to the Rhode Island Federal Bar and have answered all questions fully and frankly. The answers are complete and are true of my own knowledge.

State of Rhode Island
County of PROVIDENCE

Signature of Applicant

9/23/05
Date

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF RHODE ISLAND

## ATTACHMENT TO PETITON FOR ADMISSION WITHOUT EXAMINATION

**MAY IT PLEASE THE COURT:**

I, Paul Joseph Moretti Sr., an attorney in good standing in the State of Louisiana, and a member in good standing of the United States District Court for the Eastern District of Louisiana, am seeking admission without examination to this court is because I have been displaced from my home in New Orleans, Louisiana, where I am licensed to practice law, as the result of Hurricane Katrina. My home and all of my personal and professional belongings were destroyed in the hurricane. My home, along with my entire neighborhood, is scheduled to be razed by a bulldozer sometime in October. My law firm in Louisiana has been gracious enough to allow me to continue to service my existing clients (all national clients with matters before various District Courts and State Courts in numerous jurisdictions outside of Louisiana) for the next couple of months with the expectation that I eventually move back to Louisiana, which I assure you I am not willing to do given the fact I have relocated my children to schools in Rhode Island and do not want to disrupt their lives any further than they have been. Therefore, admission to the District Court for this jurisdiction would enable me to find some form, albeit limited, legal employment in this area to support my family.

I am a member of the federal bar in the Eastern District, Middle District, and Western District of Louisiana. The Louisiana Supreme Court is closed until October 1, 2005 and I am unable to obtain a letter of good standing from them at this time. I have

just sent off to the Eastern District of Louisiana which has relocated to Lafayette, Louisiana, to obtain a certificate of good standing from that court. Although I have not been practicing for 5 or more years, I sat for the Louisiana Bar exam in February 2005. The Louisiana Bar exam is a three day examination because it includes all of the pertinent federal examination sections in the State Bar.

Since April 2005 I have been practicing with the firm of Frilot, Partridge, Kohnke, and Clements, in their Labor and Employment Section. My primary experiences have been with employment discrimination, ERISA, and FLSA cases in the federal courts of various jurisdictions outside of Louisiana, such as Phoenix, Arizona, Knoxville, Tennessee, Kansas City, Missouri, Galveston, Texas and Birmingham, Alabama. Additionally, I have cases pending in state courts of West Virginia, and Michigan. I have sat second chair in 4 judge and/or jury trials, and have argued motions on several of the cases. Additionally, I have represented the United States Tennis Association in an injunction case in the Middle District of Louisiana and am handling several admiralty/maritime cases in Texas and Louisiana. The bulk of my practice thus far has been a motions practice, having been very successful in having many of my clients' cases dismissed on summary judgment.

Additionally, I spent 23 years as a New Orleans Police Officer, with the last 15 as a Sergeant in the Public Integrity Bureau, which was responsible for working closely with federal authorities on public corruption cases. As a result of my prior non-legal employment I had extensive experience with the US Attorneys and the federal judiciary and procedures (more so than ordinary law enforcement officers because of the nature of the matters we handled).

Hurricane Katrina pretty much washed away my promising legal career in Louisiana along with all of my personal property and belongings. I am making this request for waiver to allow me to start my life over again and try to reestablish my career.

I therefore pray that this honorable Court grant this request for admission without examination for not only humanitarian reasons, but because I have just taken a bar examination that included a section on federal jurisdiction and procedure, and because of the catastrophic circumstances surrounding the reason I am making this request.

I certify that the above is true and correct to the best of my knowledge under penalty of perjury. Signed below on the 23 day of September, 2005, in Providence, Rhode Island.

Respectfully Submitted,

Paul J. Moretti Sr. (LA Bar # 29634)
331 Jastram St.
Providence, Rhode Island 02908
401-421-9113 (Home)
504-234-4993 (Cell)
pjmoretti@cox.net